**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 4:20-CR-486 RLW |
| v. | ) |
| | ) |
| MARIO LONG, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Shirley Padmore Mensah. On March 20, 2023, Judge Mensah issued a Report and Recommendation and Memorandum Opinion and Order of United States Magistrate Judge (ECF No. 88), which recommended that Defendant's *pro se* Motion to Dismiss or, in the Alternative, Motion for a Bill of Particulars (ECF No. 65) both be denied.

The Court notes that although Defendant is represented by appointed counsel, the Magistrate Judge gave Defendant permission to file *pro se* pretrial motions after counsel represented to the Court that he did not believe his ethical obligations would permit him to file such motions.

No objections were filed to the Magistrate Judge's Report and Recommendation and Memorandum Opinion and Order, and the time to do so has passed.

The Court has carefully and independently reviewed the full record, including the Indictment, Defendant's Motions, the Government's Response in Opposition (ECF No. 71), and Defendant's *pro se* "Response to the Government's Filing Regarding Defendant's Motion for the

Bill of Particulars" (ECF No. 79), and listened to a recording of the hearing conducted by the Magistrate Judge on December 20, 2022 (ECF No. 72). Having done so, the Court is in full agreement with the stated rationale of the Magistrate Judge's recommendation, and will adopt the same.

Accordingly, after de novo review,

**IT IS HEREBY ORDERED** that the Report and Recommendation and Memorandum Opinion and Order of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. (ECF No. 88)

**IT IS FURTHER ORDERED** that Defendant's *pro se* Motion to Dismiss or, in the Alternative, Motion for a Bill of Particulars (ECF No. 65), is **DENIED** in all respects.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 5th day of April, 2023.