UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:20-cr-00486-SEP |
| ) | |
| MARIO LONG, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Before the Court are Defendant Mario B. Long, Sr.'s Motion to the Court for a Scheduled Full Hearing Under Rule 37 Relief Pending Appeal, Doc. [237], and Motion to Vacate Sentence Pursuant to Rule 37 Relief Pending Appeal, Doc. [238].  Long has appealed his conviction for being a felon in possession of a firearm to the Eighth Circuit Court of Appeals.  *See United States v. Long*, No. 24-1267 (8th Cir.).  He also filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody in this Court.  *See Long v. United States*, No. 4:24-cv-00746-SEP (E.D. Mo.), Doc. [1].  The § 2255 motion was dismissed without prejudice as premature because the direct appeal is pending.  *Id.* at Doc. [3].  Long now asks the Court to vacate his sentence pursuant to Federal Rule of Criminal Procedure 37.  Under Rule 37, "[i]f a timely motion is made for relief that the court lacks authority to grant because of an appeal that has been docketed and is pending," a court may make an indicative ruling stating "that it would grant the motion if the court of appeals remands for that purpose or that the motion raises a substantial issue." Fed. R. Crim. P. 37(a).  Rule 37 does not provide a basis for the relief sought by Long.  To the extent that Long intended his Rule 37 motion to apply to his § 2255 motion, that is a separate proceeding for which the Court cannot grant relief herein.

**IT IS HEREBY ORDERED** that Defendants' Motion to the Court for a Scheduled Full Hearing Under Rule 37 Relief Pending Appeal, Doc. [237], and Motion to Vacate Sentence Pursuant to Rule (37) Relief Pending Appeal, Doc. [238], are **DENIED**.

Dated this 7th day of January, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE